**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio Ricardo ORTIZ–LUCATERO,**
**Defendant–Appellant.**

**No. 15-50127**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 4,
2016 Pasadena, California

FILED May 24, 2016

Before: FISHER, M. SMITH, and NGUYEN, Circuit Judges.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**ORDER** *

The Joint Motion to Summarily Reverse and Remand is GRANTED. We remand for resentencing on a closed record as to the conviction under California Health and Safety Code § 11352(a), but otherwise on an open record. *See United States v. Espinoza–Morales*, 621 F.3d 1141, 1152 (9th Cir. 2010) (remanding on closed record where government failed to show that prior convictions qualified as crimes of violence and did not identify any additional materials it could offer at resentencing); *United States v. Matthews*, 278 F.3d 880, 885–90 (9th Cir. 2002) (en banc).

**SENTENCE VACATED; REMANDED.**